UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-245-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| ALVIN STANLEY ELLIS | ) | |

The Grand Jury charges:

## COUNT ONE

On or about August 23, 2004, in the Eastern District of North Carolina, defendant ALVIN STANLEY ELLIS, through the use of a telephone, willfully made a threat, and knowingly and maliciously conveyed false information, concerning an alleged attempt to kill, injure, and intimidate persons by means of explosives at three pharmaceutical companies, including AmerisourceBergen Drug Company, 8605 Ebenezer Church Road, Raleigh, North Carolina, in violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

On or about February 18, 2005, in the Eastern District of North Carolina, defendant ALVIN STANLEY ELLIS, through the use of a telephone, willfully made a threat, and knowingly and maliciously conveyed false information, concerning an alleged attempt to kill, injure, and intimidate persons by means of explosives at three pharmaceutical companies, including AmerisourceBergen Drug Company

and GlaxoSmithKline, in violation of Title 18, United States Code, Section 844(e).

## COUNT THREE

On or about February 18, 2005, in the Eastern District of North Carolina, defendant ALVIN STANLEY ELLIS, through the use of a telephone, willfully made a threat, and knowingly and maliciously conveyed false information, concerning an alleged attempt to kill, injure, and intimidate persons by means of explosives at AmerisourceBergen Drug Company, 8605 Ebenezer Church Road, Raleigh, North Carolina, in violation of Title 18, United States Code, Section 844(e).

A

FC

9/21/05
DATE

FRANK D. WHITNEY
United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney